**1** ROBERT W. FREEMAN
Nevada Bar No. 3062
**2** PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
**3** LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
**4** Las Vegas, Nevada 89118
702.893.3383
**5** FAX: 702.893.3789
Attorneys for Defendant USAA Savings Bank

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### SOUTHERN DIVISION

| | |
|---|---|
| Jonathan Westfall, | CASE NO. 2:19-cv-02093-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| USAA Savings Bank, | **FIRST REQUEST** |
| Defendant. | |

The parties, by and through their undersigned counsel of record, agree that Defendant USAA Savings Bank ("USAA SB") shall have an additional fourteen days of time from December 31, 2019 until and including January 15, 2020, in which to answer or otherwise plead or move in response to the Complaint (Doc. 1) filed in this action by Jonathan Westfall ("Plaintiff').

This is the first extension of time requested by counsel for filing Defendant USAA SB's response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Reasons for Extension**

4829-1913-8736.1

USAA SB requests a brief extension to complete their review of the averments contained in the Complaint and prepare its response. Therefore the parties have agreed to this extension. This brief extension will not prejudice any party or cause undue delay.

Dated this 30th day of December, 2019.      Dated this 30th day of December, 2019.


/s/ Priscilla L. O'Briant                    /s/ Matthew K. Higbee

ROBERT W. FREEMAN, ESQ.                      MATTHEW K. HIGBEE, ESQ.
Nevada Bar No. 3062                          Nevada Bar No. 11158
PRISCILLA L. O'BRIANT, ESQ.                  HIGBEE & ASSOCIATES
Nevada Bar No. 10171                         2445 Fire Mesa Street, Suite 150
LEWIS BRISBOIS BISGAARD & SMITH              Las Vegas, NV 89128
6385 S. Rainbow Blvd., Suite 600             *Attorney for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for USAA SB*

### **ORDER**

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __2__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court