UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JONATHAN WESTFALL,

        Plaintiff,

vs.

USAA SAVINGS BANK,

        Defendant.

Case No.: 2:19-cv-02093-GMN-DJA

**ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION**

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __17__ day of September, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court